# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL C. GREER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 19-00432-KD-N |
| WALMART STORES EAST, LP, | : | |
| Defendant. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court. Accordingly, it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and to obey the Court's order.

DONE this 16th day of March 2020.

s/ Kristi K. DuBose<br>
KRISTI K. DuBOSE<br>
CHIEF UNITED STATES DISTRICT JUDGE